JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SIREKAN AGEKIAN,<br><br>      Plaintiff,<br><br>  vs.<br><br>TERRENCE WAYNE WHINDBEE; an individual; Tennessee Steel Haulers INC, a corporation; and Does 1 through 25, inclusive,<br><br>      Defendant(s) | Case No. 5:17-CV-00508-DOC-DTB<br><br>**ORDER RE: PLAINTIFF'S AND DEFENDANT'S JOINT STIPULATION TO REMAND TO STATE COURT [14]**<br><br>[Assigned to the Honorable David O. Carter]<br><br>[Removed March 17, 2017 from San Bernardino Superior Court Case No. CIVDS1700508] |

# ORDER

Having considered the Joint Stipulation between Plaintiff SIREKAN AGEKIAN, an individual, and Defendant TENNESSEE STEEL HAULERS, INC, a corporation, to remand this action to State Court and good cause shown, it is hereby ordered:

1) This action shall be remanded to the State Court and each party shall bear its own attorney's fees and costs incurred in connection with the removal of this action to Federal Court and the Remand;

2) By way of this action, Plaintiff does not, and will not, seek to recover greater than $75,000;

3) Plaintiff covenants and agrees not to execute on any judgment exceeding $75,000 in recovery;

4) The Parties agree to waive any right to avoid this Stipulation based upon newly discovered facts, or facts unknown at the time of this Stipulation.

**IT IS SO ORDERED.**

DATED: April 19 , 2017

By: *David O. Carter*
David O. Carter
United States District Court Judge